Certificate Number: 02921-PAM-DE-036060765

Bankruptcy Case Number: 21-01990



02921-PAM-DE-036060765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 12, 2021</u>, at <u>8:32</u> o'clock <u>PM EDT</u>, <u>Scott Earnest</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>October 13, 2021</u>           By:    <u>/s/Bill Meckel</u>

                                      Name:  <u>Bill Meckel</u>

                                      Title: <u>Credit Counselor</u>