United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 21-01990-HWV

Scott J Earnest                                           Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                          Page 1 of 2
Date Rcvd: Oct 21, 2021                    Form ID: ntcnfhrg                        Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott J Earnest, 806 S Wayne St, Lewistown, PA 17044-2553 |
| 5435482 | | Dept of Education, FedLoan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 5435484 | + | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 5436751 | + | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5435485 | | Godman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 5436720 | | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5435486 | + | Law Offices Hayt Hayt & Landau LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5435490 | + | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5435491 | + | Weltman Weinberg & Reis Co LPA, Attn James P Valecko Esq, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5435479 | | Email/Text: legal@arsnational.com | Oct 21 2021 18:43:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 5435481 | | Email/Text: Webcollex@ebn.phinsolutions.com | Oct 21 2021 18:43:00 | CKS Prime Investments LLC, c/o CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 5435480 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 21 2021 18:52:28 | Capital One Services LLC, Attn Bankruptcy Dept, PO Box 30273, Salt Lake City, UT 84130-0273 |
| 5435483 | | Email/Text: mrdiscen@discover.com | Oct 21 2021 18:43:00 | Discover Bank, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 5436500 | | Email/Text: mrdiscen@discover.com | Oct 21 2021 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5435487 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2021 18:43:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5441790 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2021 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5435488 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 21 2021 18:52:18 | OLLO/TBOM, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5435489 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2021 18:43:00 | PNC Bank, Attn Bankruptcy Dept, PO Box 5570, Cleveland, OH 44101-0570 |
| 5440571 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2021 18:43:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: ntcnfhrg | Total Noticed: 19 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald K. Zagurskie | on behalf of Debtor 1 Scott J Earnest jzmlawoffice@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor DLJ Mortgage Capital Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott J Earnest,           Chapter     13

    **Debtor 1**

Case No.     1:21−bk−01990−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 17, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 24, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 21, 2021 |

ntcnfhrg (08/21)