## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SCOTT J. EARNEST, | : | Case No. 1-21-bk-01990-HWV |
|           Debtor | : | |
| | : | Order Confirming Amended Plan |

# CERTIFICATE OF SERVICE

AND NOW, this 11th of April, 2023, I, Donald K. Zagurskie, Esquire, attorney for the Debtor hereby certify that I am over the age of 18, and that on this day served a true and correct copy of the Order Confirming Amended Chapter 13 Plan that was filed on January 13, 2022, using the CM/ECF system which sent notification of such filing to the following Filling Users at the following e-mail address:

    Jack N Zaharopoulos (Trustee): jzaharopoulos@pamd13trustee.com
    United States Trustee: ustpregion03.ha.ecf@usdoj.gov

I hereby certify that I have this day served a true and correct copy of the Order Confirming Amended Chapter 13 Plan which was filed on January 13, 2022 by first-class mail, postage prepaid addressed to the creditors listed on the attached matrix.

                                        JOHNSTON & ZAGURSKIE, PC

                                        By:   /s/ Donald K. Zagurskie
                                                  **Donald K. Zagurskie, Esq.**
                                                  **Attorney ID #62494**
                                                  **117 Main St., P.O. Box O**
                                                  **Mifflin, PA 17058**
                                                  **(717) 436-8044**
                                                  **Attorney for Debtor**

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    ARS National Services Inc
0314-1                                   Ronald Reagan Federal Building           PO Box 469046
Case 1:21-bk-01990-HWV                   228 Walnut St, Rm 320                    Escondido, CA 92046-9046
Middle District of Pennsylvania          Harrisburg, PA 17101-1737
Harrisburg
Tue Apr 11 12:38:11 EDT 2023

CKS Prime Investments LLC                Capital One Services LLC                 DLJ Mortgage Capital, Inc.
c/o CKS Financial                        Attn Bankruptcy Dept                     c/o Select Portfolio Servicing, Inc.
PO Box 2856                              PO Box 30273                             P.O. Box 65250
Chesapeake, VA 23327-2856                Salt Lake City, UT 84130-0273            Salt Lake City UT 84165-0250


Dept of Education                        Discover Bank                            Discover Bank
FedLoan Servicing                        Discover Products Inc                    PO Box 30421
PO Box 790234                            PO Box 3025                              Salt Lake City, UT 84130-0421
Saint Louis, MO 63179-0234               New Albany, OH 43054-3025


First National Bank of PA                First National Bank of Pennsylvania      Godman Sachs Bank USA
4140 E State Street                      4140 E. State Street                     PO Box 45400
Hermitage, PA 16148-3401                 Hermitage, PA 16148-3401                 Salt Lake City, UT 84145-0400


Goldman Sachs Bank, USA                  Law Offices Hayt Hayt & Landau LLC       Midland Credit Management Inc
by AIS InfoSource, LP as Agent           Meridian Center 1                        PO Box 301030
PO Box 4457                              2 Industrial Way West                    Los Angeles, CA 90030-1030
Houston, TX  77210-4457                  Eatontown, NJ 07724-2279


Midland Credit Management, Inc.          OLLO/TBOM                                ONYX BAY TRUST
PO Box 2037                              PO Box 9222                              c/o Select Portfolio Servicing, Inc.
Warren, MI 48090-2037                    Old Bethpage, NY 11804-9222              P.O. Box 65250
                                                                                  Salt Lake City UT 84165-0250


(p)PNC BANK RETAIL LENDING               Quantum3 Group LLC as agent for          Radius Global Solutions LLC
P O BOX 94982                            CKS Prime Investments LLC                PO Box 390846
CLEVELAND OH 44101-4982                  PO Box 788                               Minneapolis, MN 55439-0846
                                         Kirkland, WA  98083-0788


United States Trustee                    Weltman Weinberg & Reis Co LPA           Donald K. Zagurskie
228 Walnut Street, Suite 1190            Attn James P Valecko Esq                 Johnston & Zagurskie, PC
Harrisburg, PA 17101-1722                436 7th Ave Ste 2500                     117 Main Street
                                         Pittsburgh, PA 15219-1842                PO Box 0
                                                                                  Mifflin, PA 17058-0915


(p)JACK N ZAHAROPOULOS                   Scott J Earnest
ATTN CHAPTER 13 TRUSTEE                  806 S Wayne St
8125 ADAMS DRIVE SUITE A                 Lewistown, PA 17044-2553
HUMMELSTOWN PA 17036-8625
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).