United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                 Case No. 21-01990-HWV
Scott J Earnest                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                Page 1 of 2
Date Rcvd: Jul 07, 2025                     Form ID: orfeedue                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025                            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Scott J Earnest jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Michelle McGowan | on behalf of Creditor DLJ Mortgage Capital Inc. mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Goldman Sachs Mortgage Company mimcgowan@raslg.com |

Robert Shearer
    on behalf of Creditor DLJ Mortgage Capital Inc. rshearer@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Scott J Earnest

**Debtor(s)**

Chapter 13

Case number 1:21−bk−01990−HWV

Document Number: 32

### Order Filing Fee Due

A transfer of claim was filed on **July 7, 2025**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$28.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **July 14, 2025**.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 7, 2025

orfeedue(05/18)