In re:  Case No. 21-01990-HWV
Scott J Earnest  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5436720 | Email/PDF: ebn_ais@aisinfo.com | Jul 07 2025 18:56:34 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Scott J Earnest jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Michelle McGowan | on behalf of Creditor DLJ Mortgage Capital Inc. mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Goldman Sachs Mortgage Company mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor DLJ Mortgage Capital Inc. rshearer@raslg.com |

United States Trustee      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-01990-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott J Earnest
806 S Wayne St
Lewistown PA 17044

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/07/2025.

Name and Address of Alleged Transferor(s):

Claim No. 2: Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457

Name and Address of Transferee:

Velocity Investments, LLC by AIS InfoSource, LP as
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Velocity Investments, LLC by AIS InfoSou
4515 N Santa Fe Ave
Oklahoma City, OK 73118

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/09/25

Seth F. Eisenberg
**CLERK OF THE COURT**