United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 21-01990-HWV
Scott J Earnest Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 3
Date Rcvd: Sep 28, 2026 Form ID: 3180W Total Noticed: 24

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Scott J Earnest, 806 S Wayne St, Lewistown, PA 17044-2553 |
| 5435482 | | Dept of Education, FedLoan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 5435486 | + | Law Offices Hayt Hayt & Landau LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 5435479 | | Email/Text: legal@arsnational.com | Sep 28 2026 19:01:00 | ARS National Services Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 5435481 | | EDI: CKSFINANCIAL.COM | Sep 28 2026 22:51:00 | CKS Prime Investments LLC, c/o CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 5435480 | | EDI: CAPITALONE.COM | Sep 28 2026 22:51:00 | Capital One Services LLC, Attn Bankruptcy Dept, PO Box 30273, Salt Lake City, UT 84130-0273 |
| 5447109 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2026 19:01:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5435483 | | EDI: DISCOVER | Sep 28 2026 22:51:00 | Discover Bank, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 5436500 | | EDI: DISCOVER | Sep 28 2026 22:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5435484 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 28 2026 19:00:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 5436751 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 28 2026 19:00:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5435485 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 28 2026 19:00:00 | Godman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 5436720 | | EDI: AIS.COM | Sep 28 2026 22:51:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5435487 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2026 19:01:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5441790 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2026 19:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5435488 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2026 19:10:51 | OLLO/TBOM, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5447111 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2026 19:01:00 | ONYX BAY TRUST, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5435489 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2026 19:00:00 | PNC Bank, Attn Bankruptcy Dept, PO Box 5570, |

| | | | | |
|---|---|---|---|---|
| | | | | Cleveland, OH 44101-0570 |
| 5446503 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2026 19:00:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5440571 | | EDI: Q3G.COM | Sep 28 2026 22:51:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5435490 | + | Email/Text: ngisupport@radiusgs.com | Sep 28 2026 19:00:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5724414 | + | EDI: AIS.COM | Sep 28 2026 22:51:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5724415 | + | EDI: AIS.COM | Sep 28 2026 22:51:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118, Velocity Investments, LLC by AIS InfoSou, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5435491 | + | Email/Text: pitbk@weltman.com | Sep 28 2026 19:00:00 | Weltman Weinberg & Reis Co LPA, Attn James P Valecko Esq, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald K. Zagurskie | on behalf of Debtor 1 Scott J Earnest jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor DLJ Mortgage Capital Inc. bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com |

| | |
|---|---|
| Michelle McGowan | on behalf of Creditor Goldman Sachs Mortgage Company mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor DLJ Mortgage Capital Inc. mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor DLJ Mortgage Capital Inc. rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor Goldman Sachs Mortgage Company rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Scott J Earnest<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–0285<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:21–bk–01990–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott J Earnest

9/28/26

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**